UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PURELIGHT POWER, LLC,<br><br>       Plaintiff<br><br>v.<br><br>JUSTIN KERBY and CHRISTOPHER NELSON,<br><br>       Defendants | Case No.: 2:25-cv-02339-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Purelight Power, LLC's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by that rule. I remind Purelight that because it is a limited liability company, its citizenship is determined by the citizenship of each of its members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by December 17, 2025.

DATED this 3rd day of December, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE